UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH RODGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-CV-00010-DRH |
| ) | |
| RANDO MACHINE CORP., *et al.*, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| RANDO MACHINE CORP., ) | |
| ) | |
| Third Party Plaintiff, ) | |
| v. ) | |
| ) | |
| WESTERN NONWOVEN, INC., ) | |
| ) | |
| Third Party Defendant. ) | |

## **ORDER**

The Court **DENIES** Plaintiff's Motion to Strike Proposed Order (Doc. 32) as moot because that order has already been stricken by the Court (Doc. 31).

Dated: May 13, 2005                                  /s/    David RHerndon
                                                                    Judge