IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *KENNETH ROGERS,* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| *RANDO MACHINE CORPORATION,* ) | |
| ) | |
| Defendant, ) | CASE NO.:  04-00010-DRH |
| ) | |
| ) | CJRA TRACK:  C |
| *RANDO MACHINE CORPORATION,* ) | |
| ) | JUDGE:  David R. Herndon |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| *WESTERN NONWOVENS, INC.,* ) | |
| ) | |
| Third-Party Defendant. ) | |
| ) | |

### ORDER

This cause, coming on to be heard on the Motion for Good-Faith Settlement Approval and Setoff by Defendant/Third-Party Plaintiff Rando Machine Corporation and Third-Party Defendant Western Nonwovens, Inc. **(Doc. 47)**, by and through their respective counsel, due notice given and without objection[1]:

IT IS HEREBY ORDERED this Court finds that the settlement between Defendant/Third-Party Plaintiff Rando Machine Corporation and Third-Party Defendant Western Nonwovens, Inc.,

---

[1] In his Motion to Withdraw Response in Opposition to Motion for Good Faith Settlement, Plaintiff states he has no objection to the Motion for Good-Faith Settlement Approval and Setoff **(Doc. 52)**.

is fair, reasonable, and in good faith.

    IT IS HEREBY FURTHER ORDERED that Defendant/Third-Party Plaintiff Rando Machine Corporation is entitled to a set-off in the amount of $255,962.41 in the event a judgment is rendered against it and in favor of Plaintiff Kenneth Rogers in the above-captioned lawsuit.


Dated: <u>July 13, 2005</u>                    <u>/s/ David RHerndon</u>
                                                            Judge